MDL 1942

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 4 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: FLAT GLASS ANTITRUST LITIGATION (NO. II)**          MDL No. 1942

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 10, 2008, the Panel transferred nine civil actions to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Donetta W. Ambrose.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Ambrose.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Pennsylvania for the reasons stated in the order of June 10, 2008, and, with the consent of that court, assigned to the Honorable Donetta W. Ambrose.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 59

OFFICIAL FILE COPY

IMAGED JUN 2 5 2008

**IN RE: FLAT GLASS ANTITRUST LITIGATION (NO. II)**      MDL No. 1942

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
CAC  2    08-3144       Century Bathworks, Inc. v. Guardian Industries Corp., et al.
CAC  2    08-3386       Girard Glass Corp. v. Guardian Industries Corp., et al.

CALIFORNIA NORTHERN
CAN  3    08-2372       No Job To Small, Inc. v. Pilkington North America, Inc., et al.
CAN  4    08-1990       G&C Auto Body, Inc. v. Guardian Industries Corp., et al.